## WILLIAMS *v.* THE STATE.

GRICE, Justice. 1. A charge to the jury on circumstantial evidence is required only when the case is wholly dependent thereon. *Nobles* v. *State,* 127 *Ga.* 212 (5) (56 S. E. 125) ; *Hegwood* v. *State,* 138 *Ga.* 274 (75 S. E. 138) ; *Brannon* v. *State,* 140 *Ga.* 787 (7), 788 (80 S. E. 7) ; *Clark* v. *State,* 142 *Ga.* 601 (4), 602 (83 S. E. 223) ; *Hicks* v. *State,* 146 *Ga.* 221 (4) (91 S. E. 57).

2. That the charge omits an instruction as to the weight to be given to confessions (Code, § 38-420) is not cause for new trial, in the absense of a request therefor. *Walker* v. *State,* 118 *Ga.* 34 (3) (44 S. E. 850) ; *Roberson* v. *State,* 135 *Ga.* 654 (70 S. E. 175) ; *Lindsay* v. *State,* 138

504

*Ga.* 818 (6) (76 S. E. 369); *Smith* v. *State,* 139 *Ga.* 230 (2) (76 S. E. 1016); *Millen* v. *State,* 175 *Ga.* 283 (4) (165 S. E. 226).

The special grounds of the motion being without merit, and the verdict supported by the evidence, and having received the approval of the judge, the judgment refusing the new trial is

*Affirmed. All the Justices concur.*

No. 14603.   SEPTEMBER 9, 1943.

*M. H. Blackshear,* for plaintiff in error.

*T. Grady Head, attorney-general, James F. Nelson, solicitor-general,* and *L. C. Groves, assistant attorney-general,* contra.